

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

B.G. PERRY, THIRD PARTY DEPONENT
AND JOHN E. SHAVERS,
ALLEGED DEBTOR                                                                    PLAINTIFFS

VS.                                         CIVIL ACTION NO.: 3:06 cv 321 HTW-JCS

DEWAYNE MURRAY, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY, INVOLUNTARY
CHAPTER 7 TRUSTEE, FOR JOHN E. SHAVERS,
MICHAEL CRAWFORD, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY, ATTORNEY FOR
CHAPTER 7 TRUSTEE, UNITED STATES FIRE
INSURANCE COMPANY, A DELAWARE CORPORATION,
CRUM & FORESTER HOLDINGS INC., A DELAWARE
CORPORATION, AND ITS PARENT CORPORATION,
FAIRFAX, A CANADIAN COMPANY, LOUIS MODUGNO
AND WILLIAM J. PERRY, ATTORNEYS                                      DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL
### WITH PREJUDICE

Came on this day in the above styled and numbered cause Motion of the Plaintiff to Dismiss the Complaint and Amended Complaint and all remaining parties are agreeable to the Entry of a Final Judgment of Dismissal with Prejudice of the Complaint and Amended Complaint and all other matters in this cause and the Court having considered this Motion and request does hereby enter this Final Judgment as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Complaint, Amended

Complaint and all other matters in this cause be and the same are hereby Dismissed With Prejudice.

This the 19th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

_____
B.G. Perry, Esq. [MSB 4128]
*Pro Se Plaintiff*

_____
Ron A. Yarbrough, Esq. [MBS6630]
*Attorney for ~~The Travelers~~ Liberty Mutual*

_____
Kenneth G. Perry, Esq. [MSB 4134]
*Attorney for United States Fire
Insurance Company, Crum &
Forester Holdings, Inc., FairFax,
Louis Modugno & William J. Perry*

Civil Action No. 3:06-cv-321 HTW-JCS
Final Judgment of Dismissal with Prejudice